Case No. 24-1087

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

COMMONWEALTH OF KENTUCKY,
STATE OF WEST VIRGINIA, STATE OF ALABAMA,
STATE OF ALASKA, STATE OF ARKANSAS,
STATE OF FLORIDA, STATE OF GEORGIA, STATE OF IDAHO,
STATE OF INDIANA, STATE OF IOWA, STATE OF KANSAS,
STATE OF LOUISIANA, STATE OF MISSISSIPPI,
STATE OF MISSOURI, STATE OF MONTANA,
STATE OF NEBRASKA, STATE OF NEW HAMPSHIRE,
STATE OF NORTH DAKOTA, STATE OF OHIO,
STATE OF OKLAHOMA, STATE OF SOUTH CAROLINA,
STATE OF SOUTH DAKOTA, STATE OF UTAH,
COMMONWEALTH OF VIRGINIA, STATE OF WYOMING,

*Petitioners*

v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY and MICHAEL S. REGAN,
in his official capacity as Administrator of
the U.S. Environmental Protection Agency,

*Respondents*

\* \* \*

**STATE PETITIONERS' NONBINDING
STATEMENT OF ISSUES**

In accordance with this Court's Order issued on April 18, 2024, the State Petitioners submit this Nonbinding Statement of Issues concerning the final agency action of the United States Environmental Protection

Agency, entitled "Multi-Pollutant Emissions Standards for Model Years 2027 and Later Light-Duty and Medium-Duty Vehicles" and published at 89 Fed. Reg. 27,842 (April 18, 2024) ("Final Rule"). The State Petitioners raise the following issues:

1. Whether the Final Rule exceeds EPA's statutory authority under the Clean Air Act.

2. Whether the Final Rule is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law because EPA failed to provide a reasoned explanation for its decision or to consider an important aspect of the issue.

3. Whether the Final Rule is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law because EPA ignored "upstream emissions" related to electric vehicles.

4. Whether the Final Rule is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law because EPA relied on a flawed cost-benefit analysis.

5. Whether the Final Rule is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law because EPA failed to consider the harms and effects stemming from its decision.

The State Petitioners reserve the right to raise any additional issues in briefs to be filed in this case.

DATED: May 20, 2024

Respectfully submitted,

| **RUSSELL COLEMAN**<br>**Attorney General of Kentucky** | **PATRICK MORRISEY**<br>**Attorney General of West Virginia** |
|---|---|
| /s/ Jacob M. Abrahamson<br>Matthew F. Kuhn<br>  *Solicitor General*<br>Victor B. Maddox<br>  *Counsel for Special Litigation*<br>Jacob M. Abrahamson<br>  *Assistant Solicitor General*<br>Office of the Kentucky<br>Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601<br>(502) 696-5300<br>Matt.Kuhn@ky.gov<br>Victor.Maddox@ky.gov<br>Jacob.Abrahamson@ky.gov<br><br>*Counsel for Petitioner*<br>*Commonwealth of Kentucky* | /s/ Michael R. Williams<br>Lindsay See<br>   *Solicitor General*<br>Michael R. Williams<br>   *Principal Deputy Solicitor General*<br>Office of the West Virginia<br>Attorney General<br>State Capitol, Bldg 1, Room E-26<br>Charleston, West Virginia 25305<br>(681) 313-4550<br>Lindsay.S.See@wvago.gov<br>Michael.R.Williams@wvago.gov<br><br>*Counsel for Petitioner*<br>*State of West Virginia* |

(Counsel for Additional Petitioners Below)

**STEVE MARSHALL**
**Attorney General of Alabama**

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
  *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Petitioner*
*State of Alabama*

**TREG R. TAYLOR**
**Attorney General of Alaska**

/s/ Masha Kazakova
Masha Kazakova
  *Assistant Attorney General*
Environmental Section
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
(907) 269-5211
masha.kazakova@alaska.gov

*Counsel for Petitioner*
*State of Alaska*

**TIM GRIFFIN**
**Attorney General of Arkansas**

/s/ Nicholas J. Bronni
Nicholas J. Bronni
  *Solicitor General*
Dylan L. Jacobs
  *Deputy Solicitor General*
Office of the Arkansas
Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@ArkansasAG.gov
Dylan.Jacobs@ArkansasAG.gov

*Counsel for Petitioner*
*State of Arkansas*

**ASHLEY MOODY**
**Attorney General of Florida**

/s/ Henry C. Whitaker
Henry C. Whitaker
  *Solicitor General*
James H. Percival
  *Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
henry.whitaker@myfloridalegal.com
james.percival@myfloridalegal.com

*Counsel for Petitioner*
*State of Florida*

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**

/s/ Stephen J. Petrany
Stephen J. Petrany
  *Solicitor General*
Office of the Georgia
Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Petitioner*
*State of Georgia*

**RAÚL R. LABRADOR**
**Attorney General of Idaho**

/s/ Joshua N. Turner
Joshua N. Turner
  *Chief of Constitutional Litigation*
  *and Policy*
Alan M. Hurst
  *Solicitor General*
Office of the Idaho
Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
Fax: (208) 854-8071
Josh.Turner@ag.idaho.gov
Alan.Hurst@ag.idaho.gov

*Counsel for Petitioner*
*State of Idaho*

**THEODORE E. ROKITA**
**Attorney General of Indiana**

/s/ James A. Barta
James A. Barta
  *Solicitor General*
Office of the Attorney General
IGC South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov

*Counsel for Petitioner*
*State of Indiana*

**BRENNA BIRD**
**Attorney General of Iowa**

/s/ Eric H. Wessan
Eric H. Wessan
  *Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for Petitioner*
*State of Iowa*

**KRIS KOBACH**
**Attorney General of Kansas**

/s/ Anthony J. Powell
Anthony J. Powell
  *Solicitor General*
Office of Kansas Attorney General
Kris W. Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Office: (785) 368-8539
Fax: (785) 296-3131
Anthony.Powell@ag.ks.gov

*Counsel for Petitioner*
*State of Kansas*

**LIZ MURRILL**
**Attorney General of Louisiana**

/s/ J. Benjamin Aguiñaga
J. Benjamin Aguiñaga
  *Solicitor General*
Office of the Louisiana
Attorney General
1885 North Third Street
Baton Rouge, Louisiana 70802
(225) 485-2458
aguinagab@ag.louisiana.gov

*Counsel for Petitioner*
*State of Louisiana*

**LYNN FITCH**
**Attorney General of Mississippi**

/s/ Justin L. Matheny
Justin L. Matheny
  *Deputy Solicitor General*
Office of the Mississippi
Attorney General
P.O. Box 220
Jackson, Mississippi 39205-0220
(601) 359-3825
justin.matheny@ago.ms.gov

*Counsel for Petitioner*
*State of Mississippi*

**ANDREW BAILEY**
**Attorney General of Missouri**

/s/ Joshua M. Divine
Joshua M. Divine
  *Solicitor General*
Office of the Attorney General
207 West High St.
Jefferson City, Missouri 65101
Phone: (573) 751-8870
Fax: (573) 751-1774
Josh.Divine@ago.mo.gov

*Counsel for Petitioner*
*State of Missouri*

| | |
|---|---|
| **AUSTIN KNUDSEN**<br>**Attorney General of Montana**<br><br>/s/ Christian B. Corrigan<br>Christian B. Corrigan<br>  *Solicitor General*<br>Montana Department of Justice<br>215 North Sanders<br>P.O. Box 201401<br>Helena, Montana 59620-1401<br>(406) 444-2026<br>christian.corrigan@mt.gov<br><br>*Counsel for Petitioner*<br>*State of Montana* | **MICHAEL T. HILGERS**<br>**Attorney General of Nebraska**<br><br>/s/ Grant D. Strobl<br>Grant D. Strobl<br>  *Assistant Solicitor General*<br>Office of the Attorney General<br>of Nebraska<br>2115 State Capitol<br>Lincoln, NE 68509<br>(402) 471-2682<br>Grant.Strobl@nebraska.gov<br><br>*Counsel for Petitioner*<br>*State of Nebraska* |
| **JOHN FORMELLA**<br>**Attorney General of**<br>**New Hampshire**<br><br>/s/ Mark Dell'Orfano<br>Mark Dell'Orfano<br>  *Associate Attorney General*<br>New Hampshire<br>Department of Justice<br>33 Capitol Street<br>Concord, New Hampshire 03301<br>(603) 271-3643<br>Christopher.G.Bond@doj.nh.gov<br><br>*Counsel for Petitioner*<br>*State of New Hampshire* | **DREW WRIGLEY**<br>**Attorney General of**<br>**North Dakota**<br><br>/s/ Philip Axt<br>Philip Axt<br>  *Solicitor General*<br>Office of Attorney General<br>600 East Boulevard Avenue,<br>Dept. 125<br>Bismarck, North Dakota 58505<br>(701) 328-2210<br>pjaxt@nd.gov<br><br>*Counsel for Petitioner*<br>*State of North Dakota* |

**DAVE YOST**
**Attorney General of Ohio**

/s/ T. Elliot Gaiser
T. Elliot Gaiser
  *Solicitor General*
Mathura Sridharan
  *Deputy Solicitor General*
Ohio Attorney General's Office
30 E. Broad Street, Floor 17
Columbus, Ohio 43215
(614) 466-8980
elliot.gaiser@ohioago.gov
mathura.sridharan@ohioago.gov

*Counsel for Petitioner*
*State of Ohio*

**GENTNER F. DRUMMOND**
**Attorney General of Oklahoma**

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II
  *Solicitor General*
Oklahoma Office of the
Attorney General
313 Northeast 21st Street
Oklahoma City, Oklahoma 73105
(405) 312-2451
Garry.Gaskins@oag.ok.gov

*Counsel for Petitioner*
*State of Oklahoma*

**ALAN WILSON**
**Attorney General of South Carolina**

/s/ James Emory Smith, Jr.
James Emory Smith, Jr.
  *South Carolina*
  *Deputy Solicitor General*
P.O. Box 11549
Columbia, South Carolina 29211
(803) 734-3642
esmith@scag.gov

*Counsel for Petitioner*
*State of South Carolina*

**MARTY J. JACKLEY**
**Attorney General of South Dakota**

/s/ Steven Blair
Steven Blair
  *Deputy Attorney General*
South Dakota Attorney
General's Office
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501
(605) 773-3215
atgservice@state.sd.us

*Counsel for Petitioner*
*State of South Dakota*

| | |
|---|---|
| **SEAN D. REYES**<br>**Attorney General of Utah** | **JASON S. MIYARES**<br>**Attorney General of Virginia** |
| /s/ Stanford E. Purser<br>Stanford E. Purser<br>  *Solicitor General*<br>Office of the Utah Attorney General<br>160 East 300 Street, 5th Floor<br>Salt Lake City, Utah 84111<br>(385) 382-4334<br>spurser@agutah.gov<br><br>*Counsel for Petitioner*<br>*State of Utah* | /s/ Kevin M. Gallagher<br>Kevin M. Gallagher<br>  *Principal Deputy Solicitor General*<br>Brendan T. Chestnut<br>  *Deputy Solicitor General*<br>Virginia Attorney General's Office<br>202 North 9th Street<br>Richmond, Virginia 23219<br>(804) 786-2071<br>kgallagher@oag.state.va.us<br>bchestnut@oag.state.va.us<br><br>*Counsel for Petitioner*<br>*Commonwealth of Virginia* |

**BRIDGET HILL**
**Attorney General of Wyoming**

/s/ Ryan Schelhaas
Ryan Schelhaas
  *Chief Deputy Attorney General*
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5786 phone
(307) 777-6869 fax
ryan.schelhaas@wyo.gov

*Counsel for Petitioner*
*State of Wyoming*

# CERTIFICATE OF SERVICE

I certify, pursuant to Fed. R. App. P. 25(c), that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

Dated: May 20, 2024

/s/ Jacob M. Abrahamson
Jacob M. Abrahamson