# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** State of Texas

v.

U.S. Environmental Protction Agency, et al

**Case No:** 24-1100

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☒ Gov't counsel

for the  ☒ Appellant(s)/Petitioner(s)  ☐ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

State of Texas

### Counsel Information

**Lead Counsel:** Lanora C. Pettit

**Direct Phone:** (512) 936-1700　**Fax:** (512) 474-2697　**Email:** larnoa.pettit@oag.texas.gov

**2nd Counsel:** J. Andrew Mackenzie

**Direct Phone:** (512) 936-1700　**Fax:** (512) 474-2697　**Email:** drew.mackenzie@oag.texas.gov

**3rd Counsel:** Wesley S. Williams

**Direct Phone:** (512) 970-7144　**Fax:** (512) 320-0911　**Email:** wesley.williams@oag.texas.gov

**Firm Name:** Office of the Attorney General

**Firm Address:** P.O. Box 12548 (MC 059), Austin, Texas 78711-2548

**Firm Phone:** (512) 936-1700　**Fax:** (512) 474-2697　**Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)