NOT YET SCHEDULED FOR ORAL ARGUMENT

U.S. COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Commonwealth of Kentucky, et al.,<br><br>Petitioners,<br><br>v.<br><br>U.S. Environmental Protection Agency and Michael S. Regan, Administrator,<br><br>Respondents. | Case No. 24-1087 and consolidated cases |

## Joint Proposed Briefing Schedule and Format

As ordered by the Court on June 5, 2024, the parties jointly propose a schedule and format for briefing in this case.

Petitioners challenge the EPA action, Multi-Pollutant Emissions Standards for Model Years 2027 and Later Light-Duty and Medium-Duty Vehicles, 89 Fed. Reg. 27842 (Apr. 18, 2024). This Court has consolidated 8 petitions for review challenging that action. Petitioners are 26 states and 56 organizations and individuals. Respondents are EPA and Michael S. Regan, its Administrator. Respondent-Intervenors are 22 states, the District of Columbia, five local governments, and 16 public interest organizations and public companies.

The parties propose that the Court adopt the following briefing schedule and format:

| Filing | Date due | Words |
|---|---|---|
| Petitioners' opening briefs | September 6, 2024 | 26,000 words, shared between up to 2 briefs |
| Briefs from any amici supporting Petitioners | September 13, 2024 | 6,500 words |
| Respondents' answering brief | November 26, 2024 | 26,000 words |
| Briefs from any amici supporting Respondents | December 6, 2024 | 6,500 words |
| Respondent-Intervenors' briefs | December 23, 2024 | 18,200 words, shared between up to 5 briefs |
| Petitioners' replies | January 13, 2025 | 13,000 words, shared between up to 2 briefs |
| Deferred appendix | January 24, 2025 | n/a |
| Final briefs due | January 31, 2025 | See above |

In addition, all parties agree on the importance of scheduling oral argument soon after the conclusion of briefing and request that the Court schedule oral argument during the spring 2025 term. Respondent-Intervenors strongly support this request.

**The parties' rationale for proposed briefing schedule**

The proposed briefing intervals reflect a number of factors that the parties accounted for in this complex, multi-party case, including: time needed for some parties to coordinate with each other to avoid duplicative briefing, time needed for Respondents to obtain the necessary management approvals at the Justice Department and EPA, federal holidays, counsel's leave schedules, counsel's other

work commitments, and the parties' desire for these petitions for review to be resolved without undue delay.

As to the last two factors, the parties have proposed a briefing schedule that (a) minimizes conflict with briefing that will also start shortly in *Nebraska v. EPA*, Case No. 24-1129 and consolidated cases (D.C. Cir.), another complex petition-for-review matter involving many of the same parties and (b) allows for both sets of cases to be argued in spring 2025. *See, e.g.*, *Concerned Household Elec. Consumer's Council v. EPA*, No. 22-1139 (D.C. Cir.) (holding oral argument for April 14, 2023, following briefing completed on February 21 of that year); *City of Port Isabel v. FERC*, No. 23-1174 (D.C. Cir.) (holding oral argument for May 17, 2024, following briefing completed on March 18 of that year).

**Petitioners' rationale for separate briefs and word allocations**

First, the proposed schedule provides adequate time to brief the petitions in an orderly fashion, commensurate with their complexity, while still enabling this Court to hear oral argument during the 2024-2025 Term and issue a decision by the end of that Term. Petitioners seek review of EPA's rule that prescribes or revises federal standards for greenhouse-gas emissions of light-duty vehicles of model years 2027 and later. Holding oral argument during the Court's 2024 Term will ensure the petitions are resolved expeditiously and provide all parties with regulatory certainty as soon as possible. Planning for model year 2027 is already

underway for some vehicles. It is in the interest of all concerned to resolve the petitions in a way that minimizes the number of model years that are affected by standards subject to ongoing dispute.

Second, separate briefs are appropriate here given the different interests of the States and the private petitioners. For example, the State petitioners have sovereign interests that the private petitioners do not, such as how EPA's action at issue in this case will directly affect the State petitioners' electric grids. Thus, the parties' differing interests may affect their arguments on both standing and the merits. The private petitioners plan to confer with the State petitioners about their challenges and to avoid presenting duplicative arguments in their separate brief.

Third, the proposed word limit is appropriate given the complexity of this significant dispute. Petitioners are a diverse group of 82 public and private entities and individuals that will present a wide range of arguments for why EPA's rule is unlawful. The proposed aggregate word limit of 26,000 is substantially less than the word count established in *Competitive Enterprise Institute et al* v. *EPA*, No. 20-1145 (order dated Oct. 19, 2020), which raised similar issues. It is more than the word count in the similar case, *Texas* v. *EPA*, No. 22-1031, but that is because there are many more petitioners in this challenge who plan to raise more issues than were raised in the prior litigation.

**Respondent-Intervenors' rationale for separate briefs and word allocations**

Respondent-Intervenors include five distinct sets of entities. The intervention motions of four have been granted: a coalition of 22 states, the District of Columbia, and four local governments (Doc. 2050867); a coalition of 12 public health and environmental organizations (Doc. 2051283); the Alliance for Automotive Innovation (Doc. 2055357); and Ford Motor Company (Doc. 2055386). They also include the Zero Emissions Transportation Association ("ZETA"), whose motion to intervene was filed on June 20, 2024 (Doc. 2060853). ZETA's motion to intervene has not been opposed, and the time for registering opposing has expired. Respondent-Intervenors will avoid duplication of briefing, but have distinct perspectives and are not able at this time to commit to joint briefing. Respondent-Intervenors respectfully request leave to file up to five briefs, even as they will undertake to combine where possible.[1]

State and Local Government Respondent-Intervenors are 22 States, the District of Columbia, and four local governments (cities and counties). This Court ordinarily does not compel governmental intervenors to file joint briefs with other intervenors, D.C. Cir. R. 28(d)(4), and there is no reason to depart from that sound practice here. States have a well-established and particular "stake in protecting

---

[1] In *Texas v. EPA*, No. 22-1031, this Court authorized respondent-intervenors to file up to four briefs, Order (Sept. 22, 2022) (Doc. 1965622), but respondent-intervenors there filed only three briefs.

[their] quasi-sovereign interests" from the harms that vehicular greenhouse gas emissions cause. *Massachusetts v. EPA*, 549 U.S. 497, 520 (2007). They should not be required to advocate for their quasi-sovereign and sovereign interests in a joint brief with other parties.

The Public Interest Organization Respondent-Intervenors are 12 national and regional nonprofit environmental and public health organizations committed to protecting their members from the effects of harmful air pollution, including effects traceable to climate change, and to advancing their members' interest in wider availability of cleaner vehicles. They have a different perspective from the other Respondent-Intervenors, who include state and municipal governments, vehicle manufacturers, and other industry parties. The Public Interest Organization Respondent-Intervenors will coordinate with other parties to avoid duplication, but should be allowed to file their own brief.

Respondent-intervenor Alliance for Automotive Innovation ("Auto Innovators") is the trade association that represents all full-line, global vehicle manufacturers who produce and sell internal-combustion-powered as well as electric vehicles in the United States. The members of Auto Innovators are the primary regulated parties for EPA's multi-pollutant emissions regulations, and collectively they manufacture approximately 95 percent of new cars and light trucks sold in this country. Auto Innovators is the only industry respondent-

intervenor able to defend, on behalf of all its members, several provisions of EPA's regulations that are critical to all its members' compliance with EPA's regulations, notwithstanding differences in its members' specific technologies and market strategies. Auto Innovators will coordinate with other parties to avoid duplication, and should be permitted to file a separate brief, as the Court allowed in *Texas v. EPA* (No. 22-1031), the proceedings for review of EPA's greenhouse-gas regulations for model years 2023-2026.

Respondent-Intervenor Ford Motor Company ("Ford") manufactures and sells vehicles in the United States and around the world. Ford employs more than 57,000 hourly manufacturing workers in the U.S., more than any other automaker. In 2023, Ford sold nearly 2 million vehicles in the U.S., including America's best-selling gasoline pickup truck, best-selling electric pickup truck, and best-selling full-size hybrid pickup truck. Although Ford is a member of Auto Innovators, it should be allowed to file a separate brief. Auto Innovators have intervened with regard to two discrete provisions of the challenged Rule: the provision allowing inclusion of electric vehicles in fleetwide compliance demonstrations, and the provision excluding "upstream emissions" from compliance determinations. Ford intends to more broadly defend the EPA's ability to establish the Rule's emissions standards, and its brief will discuss issues the Auto Innovators will not take a position on. Ford will coordinate with Auto Innovators and other parties to avoid

duplication, but should be permitted to file its own brief to provide its perspective as a manufacturer in areas that will not be addressed by other Respondent-Intervenors.

ZETA represents the interests of electric vehicle manufacturers, which are regulated entities, and other businesses that have made significant investments in the development and adoption of zero emission vehicles. ZETA supports the challenged action and its members have financial and reliance interests at stake. Unlike the State and Local Government Respondent-Intervenors and the Public Interest Organization Respondent-Intervenors, ZETA represents private industry, including regulated parties. And ZETA's interests are distinct from the other Respondent-Intervenors representing private companies for two key reasons. First, ZETA's members are solely within the electric vehicle supply chain—they do not manufacture any vehicles with internal combustion engines. Second, ZETA's membership extends beyond electric vehicle manufacturers to include companies from the utility, mining, and charging sectors. Accordingly, ZETA may take different positions on the challenged action than the other Respondent-Intervenors. ZETA will coordinate with other parties to avoid duplication, but should be allowed to file its own brief.

As for word count, Respondent-Intervenors concur with the proposal that affords them 70% of the words allotted to the Petitioners and Respondents,

consistent with the ratio set forth in this Court's rules.  *Compare* Fed. R. App. P. 32(a)(7)(B)(i) with D.C. Cir. R. 32(e)(2)(b) (70% ratio).  In addition, 18,200 words for Respondent-Intervenors is justified in this case because, as explained, there are five different groups of Respondent-Intervenors, a number of which have distinct interests.  These include a trade association that represents virtually all regulated vehicle manufacturers, a major auto-manufacturing firm, a large group of States with recognized quasi-sovereign and sovereign interests in robust federal standards that reduce vehicular greenhouse gas emissions, a substantial number of environmental organizations, and a trade association  representing electric zero-emitting vehicle manufacturers and other business interests invested in the development and adoption of advanced transportation technologies.  The Respondent-Intervenors require 18,200 words, collectively, in order to address the issues from their unique positions.

\*　　\*　　\*

For these reasons, the parties ask the Court to enter their proposed briefing format and schedule as set forth above.

Submitted on: July 3, 2024

Todd Kim
Assistant Attorney General

*/s/ Jin Hyung Lee*
Sue Chen
Alex J. Hardee

Jin Hyung Lee
U.S. Department of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2640
jin.hyung.lee@usdoj.gov

*Counsel for Respondents*

**RUSSELL COLEMAN**
**Attorney General of Kentucky**

/s/ Matthew F. Kuhn
Matthew F. Kuhn
 *Solicitor General*
Victor B. Maddox
 *Counsel for Special Litigation*
Jacob M. Abrahamson
 *Assistant Solicitor General*
Office of the Kentucky
Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
Matt.Kuhn@ky.gov
Victor.Maddox@ky.gov
Jacob.Abrahamson@ky.gov

*Counsel for Petitioner*
*Commonwealth of Kentucky*

**Patrick Morrisey**
**Attorney General of**
**West Virginia**

/s/ Michael R. Williams
Michael R. Williams

*Solicitor General*
Office of the West Virginia
Attorney General
State Capitol, Bldg 1, Room E-26
Charleston, West Virginia 25305
(681) 313-4550
Michael.R.Williams@wvago.gov

*Counsel for Petitioner*
*State of West Virginia*

**STEVE MARSHALL**
**Attorney General of Alabama**

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
 *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Petitioner*
*State of Alabama*

**TIM GRIFFIN**
**Attorney General of Arkansas**

/s/ Nicholas J. Bronni
Nicholas J. Bronni
 *Solicitor General*
Dylan L. Jacobs
 *Deputy Solicitor General*
Office of the Arkansas
Attorney General
323 Center Street, Suite 200

Little Rock, Arkansas 72201
(501) 682-6302
Nicholas.Bronni@ArkansasAG.gov
Dylan.Jacobs@ArkansasAG.gov

*Counsel for Petitioner*
*State of Arkansas*

**TREG R. TAYLOR**
**Attorney General of Alaska**

/s/ Masha Kazakova
Masha Kazakova
  *Assistant Attorney General*
Environmental Section
Alaska Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
(907) 269-5211
masha.kazakova@alaska.gov

*Counsel for Petitioner*
*State of Alaska*

**ASHLEY MOODY**
**Attorney General of Florida**

/s/ Henry C. Whitaker
Henry C. Whitaker
  *Solicitor General*
James H. Percival
  *Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
henry.whitaker@myfloridalegal.com
james.percival@myfloridalegal.com

*Counsel for Petitioner*
*State of Florida*

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**

/s/ Stephen J. Petrany
Stephen J. Petrany
  *Solicitor General*
Office of the Georgia
Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Petitioner*
*State of Georgia*

**THEODORE E. ROKITA**
**Attorney General of Indiana**

/s/ James A. Barta
James A. Barta
  *Solicitor General*
Office of the Attorney General
IGC South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov

*Counsel for Petitioner*
*State of Indiana*

**RAÚL R. LABRADOR**
**Attorney General of Idaho**

/s/ Joshua N. Turner
Joshua N. Turner

*Chief of Constitutional Litigation*
*and Policy*
Alan M. Hurst
 *Solicitor General*
Office of the Idaho
Attorney General
P.O. Box 83720
Boise, Idaho 83720-0010
Tel: (208) 334-2400
Fax: (208) 854-8071
Josh.Turner@ag.idaho.gov
Alan.Hurst@ag.idaho.gov

*Counsel for Petitioner*
*State of Idaho*

**BRENNA BIRD**
**Attorney General of Iowa**

/s/ Eric H. Wessan
Eric H. Wessan
 *Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for Petitioner*
*State of Iowa*

**KRIS KOBACH**
**Attorney General of Kansas**

/s/ Anthony J. Powell
Anthony J. Powell
 *Solicitor General*
Office of Kansas Attorney General Kris W. Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612

Office: (785) 368-8539
Fax: (785) 296-3131
Anthony.Powell@ag.ks.gov

*Counsel for Petitioner*
*State of Kansas*

**LYNN FITCH**
**Attorney General of Mississippi**

<u>/s/ Justin L. Matheny</u>
Justin L. Matheny
  *Deputy Solicitor General*
Office of the Mississippi
Attorney General
P.O. Box 220
Jackson, Mississippi 39205-0220
(601) 359-3825
justin.matheny@ago.ms.gov

*Counsel for Petitioner*
*State of Mississippi*

**LIZ MURRILL**
**Attorney General of Louisiana**

<u>/s/ J. Benjamin Aguiñaga</u>
J. Benjamin Aguiñaga
  *Solicitor General*
Office of the Louisiana
Attorney General
1885 North Third Street
Baton Rouge, Louisiana 70802
(225) 485-2458
aguinagab@ag.louisiana.gov

*Counsel for Petitioner*
*State of Louisiana*

**ANDREW BAILEY**

**Attorney General of Missouri**

/s/ Joshua M. Divine
Joshua M. Divine
  *Solicitor General*
Office of the Attorney General
207 West High St.
Jefferson City, Missouri 65101
Phone: (573) 751-8870
Fax: (573) 751-1774
Josh.Divine@ago.mo.gov

*Counsel for Petitioner*
*State of Missouri*

**AUSTIN KNUDSEN**
**Attorney General of Montana**

/s/ Christian B. Corrigan
Christian B. Corrigan
  *Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for Petitioner*
*State of Montana*

**JOHN FORMELLA**
**Attorney General of**
**New Hampshire**

/s/ Christopher G. Bond
Christopher G. Bond
  *Associate Attorney General*
New Hampshire
Department of Justice

33 Capitol Street
Concord, New Hampshire 03301
(603) 271-3643
Christopher.G.Bond@doj.nh.gov

*Counsel for Petitioner*
*State of New Hampshire*

**MICHAEL T. HILGERS**
**Attorney General of Nebraska**

/s/ Grant D. Strobl
Grant D. Strobl
  *Assistant Solicitor General*
Office of the Attorney General
of Nebraska
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
Grant.Strobl@nebraska.gov

*Counsel for Petitioner*
*State of Nebraska*

**DREW WRIGLEY**
**Attorney General of**
**North Dakota**

/s/ Philip Axt
Philip Axt
  *Solicitor General*
Office of Attorney General
600 East Boulevard Avenue,
Dept. 125
Bismarck, North Dakota 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for Petitioner*
*State of North Dakota*

**DAVE YOST**
**Attorney General of Ohio**

<u>/s/ T. Elliot Gaiser</u>
T. Elliot Gaiser
  *Solicitor General*
Mathura Sridharan
  *Deputy Solicitor General*
Ohio Attorney General's Office
30 E. Broad Street, Floor 17
Columbus, Ohio 43215
(614) 466-8980
elliot.gaiser@ohioago.gov
mathura.sridharan@ohioago.gov

*Counsel for Petitioner*
*State of Ohio*

**ALAN WILSON**
**Attorney General of**
**South Carolina**

<u>/s/ James Emory Smith, Jr.</u>
James Emory Smith, Jr.
  *South Carolina*
  *Deputy Solicitor General*
P.O. Box 11549
Columbia, South Carolina 29211
(803) 734-3642
esmith@scag.gov

*Counsel for Petitioner*
*State of South Carolina*

**GENTNER F. DRUMMOND**
**Attorney General of Oklahoma**

<u>/s/ Garry M. Gaskins, II</u>
Garry M. Gaskins, II

*Solicitor General*
Oklahoma Office of the
Attorney General
313 Northeast 21st Street
Oklahoma City, Oklahoma 73105
(405) 312-2451
Garry.Gaskins@oag.ok.gov

*Counsel for Petitioner*
*State of Oklahoma*

**MARTY J. JACKLEY**
**Attorney General of**
**South Dakota**

/s/ Steven Blair
Steven Blair
  *Deputy Attorney General*
South Dakota Attorney
General's Office
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501
(605) 773-3215
atgservice@state.sd.us

*Counsel for Petitioner*
*State of South Dakota*

**KEN PAXTON**
**Attorney General of Texas**

Brent Webster
  *First Assistant Attorney General*

Aaron L. Nielson
  *Solicitor General*

/s/ Lanora C. Pettit
Lanora C. Pettit
  *Principal Deputy Solicitor General*

J. Andrew Mackenzie
Wesley S. Williams
  *Assistant Attorneys General*
Office of Texas Attorney General
P.O. Box 12548
Austin, Texas 78711
(512) 936-1700
Lanora.Petitt@oag.texas.gov

**SEAN D. REYES**
**Attorney General of Utah**

/s/ Stanford E. Purser
Stanford E. Purser
  *Solicitor General*
Office of the Utah Attorney General
160 East 300 Street, 5th Floor
Salt Lake City, Utah 84111
(385) 382-4334
spurser@agutah.gov

*Counsel for Petitioner*
*State of Utah*

**BRIDGET HILL**
**Attorney General of Wyoming**

/s/ Ryan Schelhaas
Ryan Schelhaas
  *Chief Deputy Attorney General*
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5786 phone
(307) 777-6869 fax
ryan.schelhaas@wyo.gov

*Counsel for Petitioner*
*State of Wyoming*

**JASON S. MIYARES**
**Attorney General of Virginia**

/s/ Kevin M. Gallagher
Kevin M. Gallagher
  *Principal Deputy Solicitor General*
Brendan T. Chestnut
  *Deputy Solicitor General*
Virginia Attorney General's Office
202 North 9th Street
Richmond, Virginia 23219
(804) 786-2071
kgallagher@oag.state.va.us
bchestnut@oag.state.va.us

*Counsel for Petitioner*
*Commonwealth of Virginia*

/s/ Jeffrey B. Wall
Jeffrey B. Wall
Morgan L. Ratner
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW, Suite 700
Washington, DC 20006
(202) 956-7500
wallj@sullcrom.com

*Counsel for Diamond Alternative Energy, LLC and Valero Renewable Fuels*
*Company, LLC*

/s/ Paul D. Clement
Paul D. Clement
C. Harker Rhodes IV
Nicholas A. Aquart*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Supervised by principals of the firm who
are members of the Virginia bar

*Counsel for Petitioners American Petroleum Institute, American Farm Bureau
Federation, National Corn Growers Association, Baxter Ford, Inc., Celebrity
Motor Cars, LLC, Celebrity Motors of Toms River, LLC, Celebrity of Springfield,
LLC, Celebrity of Westchester, LLC, Gates Nissan LLC, AML Automotive Peoria,
LLC, Loquercio Automotive, Inc., Loquercio Automotive GOE, LLC, Loquercio
Automotive Goshen, LLC, Loquercio Automotive MCH, LLC, Loquercio
Automotive MCK, LLC, Loquercio Automotive South, Inc., Loquercio Automotive
West, LLC, Raecom Holdings, LLC, and Tarver Motor Company, Inc.*

/s/ Eric D. McArthur
Eric D. McArthur
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
emcarthur@sidley.com

*Counsel for Trade Association
Petitioners in No. 24-1195*

/s/ Brittany M. Pemberton
Brittany M. Pemberton
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, DC 20036
(202) 828-5800
brittany.pemberton@bracewell.com

*Counsel for International
Association of Machinists and
Aerospace Workers Lodge No.
823, Diamond Alternative Energy, LLC, and Valero Renewable Fuels Company,
LLC*

/s/ Michael Buschbacher
Michael Buschbacher
Laura B. Ruppalt

Boyden Gray PLLC
801 17th St. NW, #350
Washington, DC 20006
(202) 955-0620
mbuschbacher@boydengray.com

*Counsel for American Free Enterprise Chamber of Commerce; Clean Fuels Development Coalition; ICM, Inc.; Illinois Corn Growers Association; Indiana Corn Growers Association; Iowa Corn Growers Association; Kansas Corn Growers Association; Kentucky Corn Growers Association; Michigan Corn Growers Association; Minnesota Corn Growers Association; Missouri Corn Growers Association; Nebraska Corn Growers Association; Ohio Corn and Wheat Growers Association; South Dakota Corn Growers Association; Tennessee Corn Growers Association; Wisconsin Corn Growers Association; Diamond Alternative Energy, LLC; and Valero Renewable Fuels Company, LLC*

/s/ Matthew W. Morrison
Matthew W. Morrison
Shelby L. Dyl
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC 20036
(202) 663-8036
matthew.morrison@pillsburylaw.com
shelby.dyl@pillsburylaw.com

*Counsel for Renewable Fuels Association and National Farmers Union*

/s/ Justin D. Smith
D. John Sauer
Justin D. Smith
JAMES OTIS LAW GROUP, LLC
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
(816) 678-2103
Justin.Smith@james-otis.com

*Attorneys for Petitioners President of the Arizona State Senate Warren Petersen, Speaker of the Arizona House of Representatives Ben Toma, and the Arizona Trucking Association*

/s/ Theodore Hadzi-Antich
Theodore Hadzi-Antich
Robert Henneke
Connor Mighell
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
(512) 472-2700
rhenneke@texaspolicy.com
tha@texaspolicy.com
cmighell@texaspolicy.com

*Counsel for Petitioners Western States Trucking Association, Inc., and Construction Industry Air Quality Coalition, Inc.*

FOR THE STATE OF CALIFORNIA

ROB BONTA
ATTORNEY GENERAL

MYUNG J. PARK
DENNIS L. BECK, JR.
Supervising Deputy Attorneys General

/s/ *Micaela M. Harms*
MICAELA M. HARMS
THEODORE A. MCCOMBS
M. ELAINE MECKENSTOCK
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3743

*Attorneys for the State of California by and through its Governor Gavin Newsom, its Attorney General Rob Bonta, and the California Air Resources Board, and on behalf of State and Local Government Respondent-Intervenors*

/s/ *Alice Henderson*
Alice Henderson

Andrew P. Su
Vickie L. Patton
Peter Zalzal
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 447-7205
ahenderson@edf.org

Sean H. Donahue
Megan M. Herzog
Donahue, Goldberg & Herzog
1008 Pennsylvania Avenue, SE
Washington, DC 20003
(202) 683-6895
sean@donahuegoldberg.com

*Counsel for Environmental Defense Fund*

Shaun Goho
Veronica Saltzman
Clean Air Task Force
114 State St. 6th Floor
Boston, MA 02109
(617) 624-0234
sgoho@catf.us

*Counsel for Alliance of Nurses for Healthy Environments, American Lung Association, American Public Health Association, Appalachian Mountain Club, Clean Air Council, and National Parks Conservation Association.*

Maya Golden-Krasner
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(213) 215-3729
mgoldenkrasner@biologicaldiversity.org

Margaret A. Coulter
Center for Biological Diversity

1411 K Street NW, Suite 1300
Washington, DC 20005
(202) 961-4820
mcoulter@biologicaldiversity.org

*Counsel for Center for Biological Diversity*

Emily K. Green
Conservation Law Foundation
53 Exchange Street, Suite 200
Portland, ME 04101
(207) 210-6439
egreen@clf.org

*Counsel for Conservation Law Foundation*

Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
azieve@citizen.org

*Counsel for Public Citizen, Inc.*

Rebecca Lowy
Environmental Law & Policy Center
740 15th St NW STE 700
Washington, D.C. 20005
(312) 673-6500
rlowy@elpc.org

*Counsel for Environmental Law & Policy Center*

Ian Fein
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
(415) 875-6100
ifein@nrdc.org

Julia K. Forgie
Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
(310) 434-2300
jforgie@nrdc.org

*Counsel for Natural Resources Defense Council, Inc.*

Joanne Spalding
Andrea Issod
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5725
joanne.spalding@sierraclub.org

Joshua Berman
Sierra Club
50 F Street NW, 8th Floor
Washington, DC 20001
(202) 650-6062
josh.berman@sierraclub.org

Vera Pardee
726 Euclid Avenue
Berkeley, CA 94708
(858) 717-1448
pardeelaw@gmail.com

*Counsel for Sierra Club*

Steven Croley
Chief Policy Officer and General Counsel
FORD MOTOR COMPANY
One American Road
Dearborn, MI 48126-2798
(313) 480-8803
scroley@ford.com

Evan Belser
Policy Strategist and Managing Counsel
Office of General Counsel
FORD MOTOR COMPANY
801 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 997-0217
ebelser1@ford.com

/s/ Elisabeth S. Theodore
Jonathan S. Martel
Elisabeth S. Theodore
Samuel I. Ferenc
ARNOLD & PORTER KAYE SCHOLER
  LLP
601 Massachusetts Ave. NW
Washington, DC 20001-3743
(202) 942-5000
jonathan.martel@arnoldporter.com
elisabeth.theodore@arnoldporter.com
sam.ferenc@arnoldporter.com

*Counsel for Ford Motor Company*

Charles H. Haake
Catherine M. W. Palin
ALLIANCE FOR AUTOMOTIVE
INNOVATION
1050 K Street, N.W. Suite 650
Washington, D.C. 20001
(202) 326-5500

/s/John C. O'Quinn
John C. O'Quinn
 Counsel of Record
Stuart Drake
Annie Chiang
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 389-5000
john.oquinn@kirkland.com

*Counsel for Intervenor Alliance for Automotive Innovation*

_/s/ Gary S. Guzy_

Gary S. Guzy
Thomas Brugato
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
gguzy@cov.com
tbrugato@cov.com

Thomas Callahan
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
(424) 332-4812
tcallahan@cov.com

*Attorneys for Movant-Intervenor
Zero Emission Transportation
Association*

## Certificates of Compliance and Service

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this filing complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 1785 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on July 3, 2024, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

*/s/ Jin Hyung Lee*
Jin Hyung Lee