

J. Andrew Mackenzie  
Assistant Attorney General

(512) 936-2995  
Drew.Mackenzie@oag.texas.gov

August 22, 2024

**Via CM/ECF**

Mark Langer, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit

　**Re:**　No. 24-1087/24-1100, *Texas v. EPA*

Dear Mr. Langer:

　I am writing to advise the Court of my withdrawal as counsel for Petitioner the State of Texas in the above-referenced consolidated cases, as I am leaving my employment with the Office of the Attorney General of Texas. Lanora C. Pettit will remain lead counsel for Petitioner the State of Texas.

　　　　　　　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　/s/ J. Andrew Mackenzie

　　　　　　　　　　　　　　　　J. Andrew Mackenzie
　　　　　　　　　　　　　　　　Assistant Attorney General

cc: All counsel of record (via CM/ECF)