# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-956-7676
WWW.SULLCROM.COM

*1700 New York Avenue, N.W.*
*Suite 700*
*Washington, D.C. 20006-5215*

NEW YORK • LOS ANGELES • PALO ALTO
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

September 10, 2024

<u>Via CM/ECF</u>

Mark J. Langer
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Room 5205
Washington, D.C. 20001

> Re:    *Commonwealth of Kentucky, et al.* v. *EPA, et al.*, No. 24-1087 (and consolidated cases Nos. 24-1100, 24-1132, 24-1158, 24-1195, 24-1196, 24-1197, 24-1206)

Dear Mr. Langer:

On behalf of the private petitioners in the above consolidated cases, we hereby provide blanket consent to the filing of amicus briefs in support of either or neither party.

Sincerely,

/s/ Jeffrey B. Wall
Jeffrey B. Wall
Sullivan & Cromwell LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
(202) 956-7500
wallj@sullcrom.com

*Counsel for Diamond Alternative Energy, LLC and Valero Renewable Fuels Company, LLC*

cc:    Jin Hyung Lee
       U.S. Department of Justice
       Environment and Natural Resources Division
       P.O. Box 7611
       Washington, D.C. 20044

       *Counsel for Respondents*