ORAL ARGUMENT NOT YET SCHEDULED

No. 24-1087 (and consolidated cases)

———————————————

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————————

COMMONWEALTH OF KENTUCKY, *et al.*,
*Petitioners*,

v.

ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,
*Respondents*,

and

ENVIRONMENTAL LAW & POLICY CENTER, *et al.*,
*Intervenors*.

———————————————

On Petition for Review from the United States
Environmental Protection Agency (No. EPA-HQ-OAR-2022-0829)

———————————————

## PACIFIC LEGAL FOUNDATION'S NOTICE
## OF INTENT TO PARTICIPATE AS AMICUS CURIAE
## IN SUPPORT OF PETITIONERS AND VACATUR

———————————————

Frank D. Garrison
PACIFIC LEGAL FOUNDATION
William M. Yeatman
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
FGarrison@pacificlegal.org
WYeatman@pacificlegal.org

*Attorneys for Amicus Curiae Pacific Legal Foundation*

# CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, the undersigned counsel for Amicus certifies that Pacific Legal Foundation is not a corporation that has issued stock and does not have a parent company whose ownership interest is 10 percent or greater.

DATED: September 16, 2024.

Respectfully submitted,

s/ Frank D. Garrison
Frank D. Garrison
PACIFIC LEGAL FOUNDATION
William M. Yeatman
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
FGarrison@pacificlegal.org
WYeatman@pacificlegal.org

*Attorneys for Amicus Curiae Pacific Legal Foundation*

## NOTICE OF INTENT AND REPRESENTATION
## OF CONSENT TO FILE BRIEF OF AMICUS CURIAE

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's Handbook of Practice and Internal Procedure, Pacific Legal Foundation gives notice that it intends to file a brief as amicus curiae in support of Petitioners Commonwealth of Kentucky, et al., and for vacatur in this matter. All parties have consented to the filing of the brief.

DATED: September 16, 2024.

Respectfully submitted,

s/ Frank D. Garrison
Frank D. Garrison
PACIFIC LEGAL FOUNDATION
William M. Yeatman
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
FGarrison@pacificlegal.org
WYeatman@pacificlegal.org

*Attorneys for Amicus Curiae Pacific Legal Foundation*

**CERTIFICATE OF SERVICE**

I certify that on September 16, 2024, I electronically filed this notice of intent to file an amicus brief with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

I certify that all participants are registered CM/ECF users and that I will serve this notice through the appellate CM/ECF system.

s/ Frank D. Garrison
FRANK D. GARRISON