# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1087** | **September Term, 2024** |
| | EPA-89FR27842 |
| | Filed On: February 18, 2025 [2101122] |

Commonwealth of Kentucky, et al.,

      Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

      Respondents

------------------------------

Environmental Law & Policy Center, et al.,
      Intervenors

------------------------------

Consolidated with 24-1100, 24-1132, 24-1158, 24-1195, 24-1196, 24-1197, 24-1206

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on December 23, 2024, be suspended pending further order of the court.

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                    BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk