# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-1087** | **September Term, 2024** |
| | EPA-89FR27842 |

**Filed On:** March 4, 2025

Commonwealth of Kentucky, et al.,

    Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

    Respondents

------------------------------

Environmental Law & Policy Center, et al.,
    Intervenors

------------------------------

Consolidated with 24-1100, 24-1132, 24-1158, 24-1195, 24-1196, 24-1197, 24-1206

    **BEFORE:**    Childs, Pan, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of the motion to hold in abeyance, the opposition thereto, and the reply, it is

    **ORDERED** that these consolidated cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within 60 days of the date of this order.

### Per Curiam

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

            BY:    /s/
                      Selena R. Gancasz
                      Deputy Clerk