NOT YET SCHEDULED FOR ORAL ARGUMENT

U.S. COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Commonwealth of Kentucky et al.,<br><br>Petitioners,<br><br>v.<br><br>U.S. Environmental Protection Agency and Lee Zeldin, Administrator,<br><br>Respondents. | No. 24-1087 and consolidated cases |

**EPA's Motion to Govern**

In accordance with the Court's Order (Doc. No. 2114996), EPA files this motion to govern future proceedings and respectfully requests that the Court continue to hold the case in abeyance pending resolution of *American Public Health Association v. EPA*, No. 26-1037 (D.C. Cir.) (consol.). Petitioners do not oppose this request. Respondent-Intervenors either do not oppose or take no position on this request. In support of its motion, EPA states as follows:

1. The petitions for review challenge EPA's Clean Air Act rule, "Multi-Pollutant Emissions Standards for Model Years 2027 and Later Light-Duty and Medium-Duty Vehicles," 89 Fed. Reg. 27842 (Apr. 18, 2024). After EPA filed its answering brief, the Court suspended reply briefing and held this case in abeyance

pending further order of the Court. Doc. No. 2101122 (Feb. 18, 2025); Doc. No. 2103747 (Mar. 4, 2025). In its March 4, 2025 Order, the Court directed the parties to file a motion to govern.

2. On May 5, 2026, EPA moved to hold the case in abeyance pending reconsideration of the challenged rule with EPA to submit status reports every 90 days during the abeyance and with the parties to file motions to govern 30 days after EPA's notice that it has taken final action. Doc. No. 2114266.

3. The Court granted EPA's motion. Doc. No. 2114996 (May 8, 2025). And EPA has been regularly filing status reports. Doc. No. 2128938 (Aug. 6, 2025); Doc. No. 2146562 (Nov. 21, 2025); Doc. No. 2159810 (Feb. 19, 2026)

4. In the last status report, EPA noted that it has completed reconsideration and published a final rule, 91 Fed. Reg. 7686 (Feb. 18, 2026), which repeals all greenhouse gas emission standards for light-duty, medium-duty, and heavy-duty vehicles and engines, including the greenhouse gas emission standards promulgated under the challenged rule. Doc. No. 2159810.

5. Shortly after publication, parties petitioned for review that new rule. *See Am. Pub. Health Ass'n v. EPA*, No. 26-1037 (D.C. Cir.) (consol.).

6. Given that *American Public Health Association* challenges EPA's repeal of the greenhouse gas emission standards at dispute in this case, resolution of that case may resolve or narrow the issues here.

7. This court has "broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *see also Landis v. N. Am. Co.*, 299 US. 248, 254 (1936); *Cottrell v. Duke*, 737 F.3d 1238, 1248 (8th Cir. 2013). An abeyance is prudent "if the public welfare or convenience will thereby be promoted." *Landis*, 299 U.S. at 256.

8. Here, abeyance would preserve resources of the parties and the Court. Resolution in *American Public Health Association* may obviate the need for judicial resolution of some or all of the disputed issues in this case. Good cause thus exists for the requested abeyance. *See Ctr. for Biological Diversity v. EPA*, 56 F.4th 55, 71 (D.C. Cir. 2022) (courts "routinely stay [their] hand when parties identify developments that are likely to render judicial resolution unnecessary"). Further, no party opposes the requested abeyance.

For these reasons, EPA respectfully requests that the Court leave this case in abeyance pending resolution in *American Public Health Association v. EPA*, No. 26-1037 (D.C. Cir.) (consol.), with the parties to file motions to govern 30 days after the Court issues a mandate in *American Public Health Association*.

Respectfully submitted on March 20, 2026.

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

*/s/Jin Hyung Lee*
Sue Chen
Alex J. Hardee
Jin Hyung Lee
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
jin.hyung.lee@usdoj.gov
202-598-7264

**Certificates of Service and Compliance**

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 555 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on March 20, 2026, I filed the foregoing with the Court's CMS/ECF system, which will notify each represented party.

*/s/ Jin Hyung Lee*
Jin Hyung Lee